<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6577**

─────────────

In Re: KEENAN KESTER COFIELD,

Petitioner.

─────────────

On Petition for Writ of Mandamus.
(CA-96-2885-MJG)

─────────────

Submitted:  June 17, 1999          Decided:  June 25, 1999

─────────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Keenan Kester Cofield, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keenan Kester Cofield has filed a petition for a writ of mandamus seeking this Court to review an order of the district court denying his motion to remand. In his mandamus petition, Cofield fails to establish that he has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n., 860 F.2d 135, 138 (4th Cir. 1988); see also In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). We therefore grant Cofield's motion to proceed in forma pauperis but deny his petition for a writ of mandamus. We deny the motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED.